**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | |
|---|---|
| **MICHAEL SCOTT KELLER,** | **CIVIL ACTION NO.** |
| **Plaintiff,** | **2:18-CV-06430-LMA-MBN** |
| **V.** | **JUDGE LANCE M. AFRICK** |
| **LIBERTY LIFE ASSURANCE COMPANY OF BOSTON** | **MAGISTRATE JUDGE MICHAEL B. NORTH** |
| **Defendant.** | |

**NOTICE OF SUBMISSION**

PLEASE TAKE NOTICE that Defendant, Liberty Life Assurance Company of Boston, submits its Motion to Partially Dismiss Plaintiff's Complaint before the Honorable Lance M. Africk on August 22, 2018 at 9:00 a.m.

Respectfully submitted,

*/s/ René E. Thorne*

René E. Thorne (LA Bar No. 22875)
thorner@jacksonlewis.com
**JACKSON LEWIS P.C.**
650 Poydras Street, Suite 1900
New Orleans, Louisiana 70130
Telephone: (504) 208-1755
Facsimile: (504) 208-1759

- And -

*/s/ Iwana Rademaekers*

Iwana Rademaekers *(pro hac pending)*
Texas State Bar No. 16452560
iwana@rademaekerslaw.com

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456

**COUNSEL FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that on August 1, 2018, the above and foregoing document was filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the parties.

*/s/ René E. Thorne*
René E. Thorne