**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**MICHAEL SCOTT KELLER** **CRIMINAL ACTION**

**VERSUS** **No. 18-6430**

**LIBERTY LIFE ASSURANCE COMPANY OF BOSTON** **SECTION I**

## ORDER

Considering the motion[1] to enroll counsel *pro hac vice* filed by defendant Liberty Life Assurance Company of Boston ("Liberty Life"),

**IT IS ORDERED** that the motion is **GRANTED**. Iwana Rademaekers is permitted to appear and practice before this Court on behalf of Liberty Life in connection with the above-captioned matter.

New Orleans, Louisiana, August 1, 2018.

_______________________________________
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. No. 5.