UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MICHAEL SCOTT KELLER** | **CIVIL ACTION** |
| **VERSUS** | **No. 18-6430** |
| **LIBERTY LIFE ASSURANCE COMPANY OF BOSTON** | **SECTION I** |

**ORDER**

Considering defendant Liberty Life Assurance Company's ("Liberty Life") unopposed motion[1] to partially dismiss for failure to state a claim,

**IT IS ORDERED** that Liberty Life's motion for partial dismissal is **GRANTED** and that plaintiff Michael Scott Keller's claim under La. Rev. Stat. § 22:1821; his claim for penalties equal to double the amount of the benefits due to him under the terms of the insurance contract; and his claim for compensatory emotional distress damages are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Liberty Life's request for attorney's fees under 29 U.S.C. § 1132(g) is **DENIED**.

New Orleans, Louisiana, August 15, 2018.

**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. No. 8.