**MINUTE ENTRY**
**AFRICK, J.**
**September 25, 2018**
**JS-10: 00:15**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **MICHAEL SCOTT KELLER** | **CIVIL ACTION NO. 18-6430** |
| **VERSUS** | **SECTION "I" (5)** |
| **LIBERTY LIFE ASSURANCE COMPANY OF BOSTON** | |

A status conference was held on this date with both counsel participating. The previously scheduled pretrial conference and trial dates remain in effect. A settlement conference will be conducted by U.S. Magistrate Judge Michael North. The parties may file cross-motions for summary judgment **no later than November 5, 2018.**

**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**