UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MICHAEL SCOTT KELLER | CIVIL ACTION |
| VERSUS | NUMBER: 18-6430 |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON | SECTION: "I"(5) |

**ORDER RESCHEDULING SETTLEMENT CONFERENCE**

The settlement conference scheduled for October 18, 2018 in the above matter is hereby RESCHEDULED for November 8, 2018 at 1:00 p.m. before Magistrate Judge Michael B. North, 500 Poydras Street, Hale Boggs Building, Room B419, New Orleans, Louisiana. The parties are referred to the Court's original order scheduling the settlement conference in this matter (rec. doc. 16) for requirements regarding the content of and submission date for their confidential settlement position papers.

New Orleans, Louisiana, this 15th day of October, 2018.

MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE