**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | |
|---|---|
| MICHAEL SCOTT KELLER, | CIVIL ACTION NO. |
| Plaintiff, | 2:18-CV-06430-LMA-MBN |
| V. | JUDGE LANCE M. AFRICK |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON | MAGISTRATE JUDGE MICHAEL B. NORTH |
| Defendant. | |

**JOINT MOTION TO EXTEND DEADLINE TO SUBMIT CROSS-MOTIONS FOR SUMMARY JUDGMENT**

COME NOW Plaintiff, Michael Scott Keller ("Plaintiff"), and Liberty Life Assurance Company of Boston ("Defendant"), by and through their undersigned counsel of record, file this Joint Motion to Extend Deadline to Submit Cross-Motions for Summary Judgment and would show unto the Court as follows:

1. Pursuant to the Court's Order (Doc 15) entered on September 25, 2018, the Parties may file cross-motions for summary judgment no later than November 5, 2018.

2. This case was set for a settlement conference on October 18, 2018. On October 15th, the parties were advised by the U.S. Magistrate's office that the Magistrate has a conflict that day, and the settlement conference would need to be postponed. The settlement conference has now been reset for November 8, 2018 (Doc 17), which is after the dispositive motions deadline in this case

3. The Parties want to save both the Court's resources and the Parties' time and expense of filing briefs if the case will be resolved at the Settlement Conference. Therefore, to facilitate the discussions and conserve resources, the Parties request that the Court extend the deadline to file cross-motions for summary judgment until and including November 15, 2018.

WHEREFORE, PREMISES CONSIDERED, the Parties respectfully request this Honorable Court to grant this Joint Motion to Extend Deadline to Submit Cross-Motions for Summary Judgment and allow the Parties until and including November 15, 2018, to file their cross-motions for summary judgment.

Respectfully submitted this 22nd day of October 2018.

*/s/ Iwana Rademaekers*
Iwana Rademaekers (Texas State Bar No. 16452560)
iwana@rademaekerslaw.com
**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456

- And -

*/s/ René E. Thorne*
René E. Thorne (LA Bar No. 22875)
thorner@jacksonlewis.com
**JACKSON LEWIS P.C.**
650 Poydras Street, Suite 1900
New Orleans, Louisiana 70130
Telephone: (504) 208-1755
Facsimile: (504) 208-1759

**COUNSEL FOR DEFENDANT**

**AND**

*/s/ John A. Keller*
John A. Keller (LA Bar No. 18281)
johnk@ktllclaw.com
**KELLER & TRAHANT, LLC**
506 Water Street, Suite B
Madisonville, LA 70447
Telephone: (985) 845-0356
Facsimile: (985) 845-9703

**COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2018, the above and foregoing pleading was filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the parties.

*/s/ Iwana Rademaekers*
Iwana Rademaekers