**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | |
|---|---|
| MICHAEL SCOTT KELLER,<br><br>Plaintiff,<br><br>V.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON<br><br>Defendant. | CIVIL ACTION NO.<br><br>2:18-CV-06430-LMA-MBN<br><br>JUDGE LANCE M. AFRICK<br><br>MAGISTRATE JUDGE MICHAEL B. NORTH |

**ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE TO SUBMIT CROSS-MOTIONS FOR SUMMARY JUDGMENT**

CONSIDERING the foregoing Joint Motion to Extend Deadline to Submit Cross-Motions for Summary Judgment:

**IT IS ORDERED** that the Motion be and is hereby **GRANTED**. The Parties shall have until and including November 15, 2018, to file cross-motions for summary judgment.

New Orleans, Louisiana, this _____ day of ___________, 2018.

______________________________________
UNITED STATES DISTRICT JUDGE