**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **MICHAEL SCOTT KELLER** | **CIVIL ACTION** |
| **VERSUS** | **No. 18-6430** |
| **LIBERTY LIFE ASSURANCE COMPANY OF BOSTON** | **SECTION I** |

**ORDER**

Considering the join motion[1] for extension of the deadline to file cross-motions for summary judgment,

**IT IS ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART**. The parties shall file cross-motions for summary judgment no later than **MONDAY, NOVEMBER 12, at 5:00 P.M.**

New Orleans, Louisiana, October 23, 2018.

**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. No. 18.