**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **MICHAEL SCOTT KELLER** | **CIVIL ACTION NO. 18-6430** |
| **versus** | **SECTION: “I”(5)** |
| **LIBERTY LIFE ASSURANCE COMPANY OF BOSTON** | |

**This Court has been advised that the above-captioned case has settled. U.S. Magistrate Judge Michael North and counsel are thanked for their assistance.**

**New Orleans, Louisiana, this 8th day of November, 2018.**

**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**