MINUTE ENTRY
NORTH, M.J.
NOVEMBER 8, 2018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MICHAEL SCOTT KELLER | CIVIL ACTION |
| VERSUS | NUMBER: 18-6430 |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON | SECTION: "I"(5) |

A settlement conference was conducted on this date before the undersigned Magistrate Judge.

PRESENT: John A. Keller Iwana Rademaekers

Negotiations were successful and resulted in the settlement of Plaintiff's claims; the material terms of the settlement agreement were memorialized on the record (Court Reporter: Toni Tusa).

The Court thanks counsel and the parties for their efforts in bringing this matter to an amicable resolution.

MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HONORABLE LANCE M. AFRICK

MJSTAR (01:55)